**PENNS MANOR AREA SCHOOL DISTRICT, Respondent,**

v.

**PENNS MANOR EDUCATION ASSOCIATION and Grievants, Petitioners.**

Supreme Court of Pennsylvania.

May 17, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 17th day of May, 1999, the petition for allowance of appeal is granted and the order of the Commonwealth Court is reversed. *See Mifflinburg Area Education Association v. Mifflinburg Area School District,* 724 A.2d 339 (Pa.).

Justice ZAPPALA dissents.